**Ex parte Jack PRICE.**
No. 16931.

Court of Criminal Appeals of Texas.
May 16, 1934.

G. H. Crane, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

By way of habeas corpus appellant sought to be released from the custody of the sheriff of Dallas county. From an order remanding him, he has appealed to this court.

The record is before us without a statement of facts, and the answer of the sheriff discloses that appellant is not illegally restrained. Under the circumstances, we must affirm the judgment.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Clarence A. ROBINSON v. STATE.**
No. 16965.

Court of Criminal Appeals of Texas.
June 6, 1934.

B. F. Patterson, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is aggravated assault; penalty assessed at a fine of $25.

We have perceived no fault in the complaint or information. No bills of exception accompany the record. The evidence heard in the trial court is not brought up for review. A jury was waived. The matters of fact, as well as of law, were submitted to the trial judge.

The motion for new trial was based in the main upon the refusal of the court to grant a continuance. Having no information touching the evidence that was heard upon the trial, this court is not in a position to appraise the complaint of the overruling of the application for a continuance or the motion for new trial based thereon.

The judgment is affirmed.

**Noah ROARK v. STATE.**
No. 16815.

Court of Criminal Appeals of Texas.
May 23, 1934.

See, also, 61 S.W.(2d) 833.

C. A. Pippen and Jack Keller, both of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for murder; penalty assessed at confinement in the penitentiary for forty years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.